CHARLES HENRY WEBB et al., as Substituted Trustees under the Will of CALEB H. SHIPMAN, Deceased, Respondents, *v.* NATHANIEL NILES, Appellant.

*Shipman* v. *Niles,* 75 App. Div. 451, affirmed.
(Argued November 24, 1903; decided December 8, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

November 15, 1902, affirming a judgment in favor of plaintiffs entered upon a decision of the court at Trial Term without a jury.

*Robert E. Whalen, Marston Niles* and *John N. Drake* for appellant.

*Frederic R. Coudert, Jr.,* and *Charles B. Samuels* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, VANN and WERNER, JJ.